SAM MESSITE and ESTHER MESSITE, Appellants, v. MARY MESSITE and MAX MESSITE, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted by Foster, J., dissolved. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.